UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRANDON MONTGOMERY, | * | |
| *Plaintiff,* | * | Civil Action No.: 1-18-cv-1928 (JDB) |
| v. | * | |
| DISTRICT OF COLUMBIA, et. al. | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL DISMISSAL

Plaintiff Brandon Montgomery, pursuant to Fed. R. Civ. P. 6(b) (1), moves this court for a five business day enlargement of time until November 21, 2018 to respond to Defendant's Motion for Partial Dismissal.

In support of this motion, Plaintiff relies upon the attached memorandum of points and authorities of law.

Respectfully submitted,
DOWNS COLLINS, P.A.

_____/s/_____
Jason G. Downs, Esquire
20 S. Charles Street, Suite 901
Baltimore, Maryland 21201
O: (410) 462-4529
F: (410) 995-7200
Jason@downscollins.com
*Counsel for Plaintiff*

DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

**RULE LCvR 7(m) CERTIFICATION**

I hereby certify that on this 13th day of November 2018, Defendants' counsel Robert DeBerardinis, Jr. indicated, on behalf of Defendants, he consents to the foregoing Motion to Enlarge Time.

/s/ Jason G. Downs
Jason G. Downs
*Counsel for Plaintiff*

DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRANDON MONTGOMERY, | * | |
| *Plaintiff,* | * | Civil Action No.: 1-18-cv-1928 (JDB) |
| v. | * | |
| DISTRICT OF COLUMBIA, et. al. | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL DISMISSAL**

Plaintiff Brandon Montgomery, by and through counsel, Jason G. Downs and Downs Collins P.A., hereby submits the following memorandum of points and authorities of consent motion for an enlargement of time until November 21, 2018 to respond to Defendants' Motion for Partial Dismissal.

1. That Court previously granted Plaintiff a seven-day enlargement of time until November 14, 2018, to file his response to Defendants' Motion for Partial Dismissal.

2. That undersigned counsel has made significant progress on the response.

3. That because of the complexity of the legal questions at issue, undersigned counsel requests a brief extension of time to respond thereto.

4. Defendants have given consent to this motion.

5. Plaintiff believes that their response can be filed by November 21, 2018.

Wherefore, Plaintiff requests an enlargement of time until November 21, 2018 to file a response to Defendants' Motion for Partial Dismissal.

DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

                                                Respectfully submitted,
                                                DOWNS COLLINS, P.A.

                                                _____/s/_____
                                                Jason G. Downs, Esquire
                                                20 S. Charles Street, Suite 901
                                                Baltimore, Maryland 21201
                                                O: (410) 462-4529
                                                F: (410) 995-7200
                                                Jason@downscollins.com
                                                *Counsel for Plaintiff*

DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200