UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON MONTGOMERY,

    *Plaintiff*,

    v.

DISTRICT OF COLUMBIA, *et al.*,

    *Defendants*.

Civil Action No. 1:18-cv-01928-JDB

## MOTION TO DISMISS INDIVIDUAL DEFENDANTS AND CONSENT MOTION TO AMEND

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff moves to dismiss this action with prejudice against the individual Defendants Brian Wise, Hosam Nasr, and Officers John Doe. Additionally, pursuant to Rule 15(a)(2), Plaintiff moves to amend the Complaint by dismissing with prejudice Counts I, II, III, V, and VI against defendant District of Columbia. *See* 9 Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2362 (4th ed. 2021) ("It seems well established that when multiple claims are filed against a particular defendant, Rule 41(a) is applicable only to the voluntary dismissal of all claims against the defendant; many of these courts, but not all, have indicated that a plaintiff who wishes to eliminate some claims but not others should do so by moving to amend pursuant to Rule 15."); *see also United States v. All Assets Held at Bank Julius Baer & Co., Ltd.*, 307 F.R.D. 249, 252 (D.D.C. 2014) ("Although the Rule's [41(a)(2)] text refers to 'an action,' most federal courts agree that parties may voluntarily dismiss from a case only certain defendants."); *Detroit Int'l Bridge Co. v. Gov't of Canada*, No. CIV.A. 10-476 RMC, 2011 WL 6010230, at \*2 (D.D.C. Dec. 1, 2011)( "[T]he 'sounder view and the weight of judicial authority' is to allow a plaintiff to dismiss its claims against all defendants or any defendant at any time before that defendant has

filed an answer or motion for summary judgment." (quoting Wright & Miller § 2362 (3d ed. 2011)); *Ethridge v. Harbor House Restaurant*, 861 F.2d 1389, 1392 (9th Cir. 1988) (listing cases that rely "on the Moore treatise on federal procedure, which convincingly argues that Federal Rule of Civil Procedure 15(a)" is the mechanism by which a plaintiff may dismiss one or more claims without dismissing the entire action). Count VIII, regarding the Americans with Disabilities Act, and Count IX, regarding Section 504 of the Rehabilitation Act of 1973, will remain against Defendant District of Columbia as part of the Amended Complaint.

Pursuant to D.C. Local Rule LCvR 7(c) and (i), a proposed order and an "original of the proposed pleading as amended" are attached.

By this Motion, Defendants provide their written consent to the Amended Complaint as required under Federal Rule of Civil Procedure 15(a)(2).

Dated: May 26, 2021

Respectfully submitted,

/s/ Jean M. Zachariasiewicz
Eve L. Hill; Bar No. 424896
Jean M. Zachariasiewicz; Bar No. 1019973
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD  21202
Phone: 410-962-1030
Fax: 410-385-0869
ehill@browngold.com
jmz@browngold.com

Kobie A. Flowers; Bar No. 991403
BROWN GOLDSTEIN & LEVY, LLP
1717 K Street, NW, Suite 900
Washington, DC  20006
kflowers@browngold.com
Tel: (202) 742-5969
Fax: (202) 742-5948

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing motion was served on all counsel of record via ECF.

Dated:  May 26, 2021

/s/ Jean M. Zachariasiewicz
Jean M. Zachariasiewicz