UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON MONTGOMERY,<br><br>　　　*Plaintiff*,<br><br>　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　*Defendants*. | Civil Action No. 1:18-cv-01928-JDB |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Brandon Montgomery's Motion to Dismiss Individual Defendants and Consent Motion to Amend, it is hereby ORDERED that:

1. Plaintiff's Motion is GRANTED;

2. Defendants Brian Wise, Hosam Nasr, and Officers John Doe are dismissed with prejudice; and

3. Counts I, II, III, V, and VI of the Complaint are dismissed with prejudice against Defendant District of Columbia.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. John D. Bates
　　　　　　　　　　　　　　　　　　　United States District Judge