UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON MONTGOMERY,

Plaintiff,

v.

DISTRICT OF COLUMBIA,

Defendant.

Civil Action No. 18-1928 (JDB)

## SIXTH AMENDED SCHEDULING ORDER

Upon consideration of [50] defendant's Consent Motion for Extension of Time to Submit Disclosures, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that the following schedule shall govern further proceedings:

1. Defendant shall submit its expert disclosures by not later than June 24, 2021. Plaintiff shall submit his rebuttal disclosures, if any, by not later than July 14, 2021.

2. Expert discovery shall close on August 4, 2021.

3. Dispositive motions are due by not later than September 13, 2021. Any oppositions to those motions are due by not later than October 20, 2021. Any replies are due by not later than November 3, 2021.

4. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3430 before filing a discovery motion, at which time the Court will make a determination as to the manner in which it will handle the discovery dispute.

5. A status conference is scheduled for 10:00 a.m. on August 5, 2021.

    **SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: June 18, 2021